# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOMINGO NIETO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16 CV 5909 |
| v. | ) | |
| | ) | Judge Charles P. Kocoras |
| CASDAN INC. d/b/a BACINO'S OF | ) | |
| CHICAGO, BACINO'S OF LAGRANGE, | ) | Magistrate Judge Maria Valdez |
| INC., and LINDA BACIN, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING SETTLEMENT

Upon the Parties' Joint Motion for Court Approval of Settlement, the Court, having reviewed the materials submitted by the parties and finding the settlement of this matter to be fair and reasonable, hereby approves this settlement and dismisses this matter without prejudice and without the assessment of costs and/or attorneys' fees against any party. This dismissal without prejudice will convert to a dismissal with prejudice and without the assessment of costs and/or attorneys' fees against any party on January 11, 2016.

Dated:                                                ENTERED:

                                                              _____
                                                              Charles P. Kocoras
                                                              United States District Judge